IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ELROY DANIEL BOUCHARD,<br><br>　　　　　　Defendant. | Case No. 3:23-cr-00091-RRB<br><br>**ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION UPON A GUILTY PLEA** |

　　　　Before the Court at Docket 334 is a Final Report and Recommendation Upon a Guilty Plea submitted by the Magistrate Judge. For the reasons set forth therein, the Court hereby ACCEPTS and ADOPTS the aforesaid Report and Recommendation, ACCEPTS the Pleas of Guilty to Counts 2 and 14 of the Indictment, and enters adjudication of guilt thereon.

　　　　DATED this 1st day of October, 2024, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge